IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

KEVIN LEIGH WILLIAMS, #77193                    PLAINTIFF

V.                          Civil No. 3:17-cv-508-LRA

WARDEN MARY RUSHING, et al.                    DEFENDANT(S)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 07 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

## EXHIBIT LIST

1) Exhibit: A — GRIEVANCE FORMS THAT HINDS COUNTY DETENTION CENTER NO LONGER USES BUT WILL PROVIDE THEM TO INMATES DURING GRIEVANCES OR APPEAL PROCEDURES.

2) Exhibit: B — PLAINTIFFS' SUBMITTED REQUEST FORMS TO WARDEN MARY RUSHING AND MR. NEWELL REQUESTING LEGAL MATERIALS ON DIFFERENT OCCASIONS, AND A RESPONSE THERETO.

3) Exhibit: C — IS A GRIEVANCE FORM THAT WAS SUBMITTED TO ADMIN. ADDRESSING THE EXCESSIVE FORCE MATTER OF MARCH 8, OF 2017, AND A RESPONSE THERETO INFORMING PLAINTIFF THAT THE MATTER HAS BEEN TRANSFERRED TO INTERNAL AFFAIRS DIVISION (I.A.D.), FOR FURTHER INVESTIGATION, DISCOVERY IS NEEDED TO RE~~TRIEVE~~ TRIEVE CAMERA FOOTAGE